| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Office of Kimberly A. Wilson, LLC<br>(031441997)<br>Kimberly A. Wilson, Esquire<br>24 North White Horse Pike<br>Somerdale, NJ 08083<br>(856) 783-4440<br>fax    783-5504 | Order Filed on July 29, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Tamia L. Caviness,<br>          Debtor | Case No.:   20-16188<br>Chapter:    13<br>Judge:      JNP |

## ORDER TO EMPLOYER TO PAY TO THE CHAPTER
## 13 TRUSTEE & MORTGAGE COMPANY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

DATED: July 29, 2020

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The above-named debtor has filed a proceeding under Chapter 13 of Title 11 of the United States Code. The debtor's future earnings have been submitted to the jurisdiction of this Court, in furtherance of the debtor's Chapter 13 plan.

NOW, THEREFORE, PURSUANT TO 11 U.S.C. § 1325(C) AND § 105, IT IS ORDERED that, until further order of this Court, the employer or other party providing income to said debtor shall deduct from the earnings or income of said debtor the following sums each pay period, beginning on the next pay day following receipt of this order, and shall deduct the same amount for each pay period thereafter, including any period for which the debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits, arising out of present or past employment of the debtor, and to forthwith remit the sum so deducted to the Chapter 13 Standing Trustee and Mortgage Company.

**Debtor's Employer and Address:**

Ancora Psychiatric Hospital
Attn: Office of Human Resources
301 Spring Garden Road
Ancora, NJ 18037-9699
Employee ID: 000313425

**Trustee to Whom Payments Must be Forwarded (and Address):**

Isabel C. Balboa, Trustee
PO Box 1978
Memphis, TN 38101-1978
#20-16188

**\*\*\*Place #20-16188 on payment\*\*\***

**Amount to be Deducted and Paid Per Pay Period:**

\_\_\_\_\_Monthly __X__ Bi-Weekly    \_\_\_\_ Weekly    $ <u>165.00</u>

**Mortgage Company to Whom Payment Must be Forwarded (and Address)**

AmeriHome Mortgage Company, LLC
Payment Processing Center
PO Box 11733
Newark, NJ 07101-4733

**\*\*\*Place acct No.: 0117129197  on payment\*\*\***

**Amount to be Deducted and Paid Per Pay Period:**

\_\_\_\_\_Monthly __X__ Bi-Weekly    \_\_\_\_Weekly    $ <u>665.00</u>

IT IS FURTHER ORDERED that the employer or other party making payments shall note the debtor's name and bankruptcy case number on the checks to the trustee and loan number on the checks to the mortgage company.

IT IS FURTHER ORDERED that said employer or other party shall notify said trustee and mortgagee(s) if the earnings or income of said debtor are terminated, and the reasons for such termination.

IT IS FURTHER ORDERED that all earnings and wages of the debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any State or political subdivision, or by any insurance, pension or union dues agreement between employer and the debtor, or by the order of this court, shall be paid to the debtor in accordance with employer's usual payroll procedure.

IT IS FURTHER ORDERED that no deduction for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court shall be made from the earnings of said debtor.

IT IS FURTHER ORDERED that an order dismissing the debtor's bankruptcy case shall constitute a termination of the requirement to make payments under this order.

IT IS FURTHER ORDERED that this order supersedes previous orders, if any, made to the subject employer or other party in this cause.

IT IS FURTHER ORDERED that the attorney for the debtor shall serve copies of this order on the employer or other party, the trustee, and the mortgagee(s) within seven (7) days.

**IT IS A VIOLATION OF 15 U.S.C. § 1674 AND N.J.S.A. 2A:170-90.4 FOR AN EMPLOYER TO DISCHARGE AN EMPLOYEE OR TAKE ANY OTHER DISCIPLINARY ACTION BECAUSE OF A WAGE GARNISHMENT. AN EMPLOYER VIOLATING SAID STATUTES IS SUBJECT TO FINES AND IMPRISONMENT.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 20-16188-JNP
Tamia L. Caviness                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin             Page 1 of 1              Date Rcvd: Jul 29, 2020
                                Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2020.
db             +Tamia L. Caviness,   19 Norman Ford Drive,   Sicklerville, NJ 08081-5647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kimberly A. Wilson    on behalf of Debtor Tamia L. Caviness k_wilsonlaw@comcast.net,
               courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4