UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
AmeriHome Mortgage Company, LLC

In Re:

Tamia L. Caviness,

Debtor.

Case No.:  20-16188-JNP

Chapter:  13

Hearing Date:  11/10/2020

Judge:  Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 19 Normans Ford Drive (Docket # 24)

_____

Date: 11/5/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*