| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>**Isabel C. Balboa, Esquire (IB 4082)**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, New Jersey 08002**<br>**(856) 663-5002** |
|---|
| In Re:<br><br>**Tamia L. Caviness**<br><br>Debtor (s)' |

Case No. 20-16188 (JNP)

Judge:    Jerrold N. Poslusny Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS**, a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS**, the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor hereby agree as follow:

Debtor's case be and is hereby allowed to continue at $1,465.00 total receipts applied to plan, then **$438.00** per month for the remaining fifty-four (54) months, commencing December 1, 2020, for a total of sixty (60) months. Additionally, this stipulation incorporates a fee application for debtor's attorney to be filed in the amount of $440.00 pending Court approval.

**An amended Order to Employer to pay the Chapter 13 Standing Trustee shall be prepared and filed with the Court by the debtor(s)' attorney, if any, within thirty (30) date of this Stipulation.**

IT IS STIPULATED that all other terms set forth in the Order Confirming Plan entered on July 15, 2020 remain in effect.

_____
Kimberly A. Wilson, Esquire
Attorney for Debtor

Dated: 11-23-2020

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: 11/23/2020

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page 2 of 2

## Office of the Chapter 13 Standing Trustee

**Isabel C. Balboa, Chapter 13 Standing Trustee†**

Jane L. McDonald, Counsel  
Raymond H. Shockley, Jr. Staff Attorney  
Jennifer R. Gorchow, Staff Attorney  

Kelleen E. Stanley*  
Jennie P. Archer*  
Lu'Shell K. Alexander*  

*Certified Bankruptcy Assistant  
†Fellow, American College of Bankruptcy

11/23/2020

Sent via email to : kwlawoffices@gmail.com

Kimberly A. Wilson, Esquire  
24 North White Horse Pike  
Somerdale, NJ 08083

RE: CHAPTER 13 BANKRUPTCY  
CASE NO: 20-16188 (JNP)  
DEBTOR(S) NAME: Tamia L. Caviness

Dear Ms. Wilson,

Our office is in receipt of the Consent Order dated November 19, 2020 resolving motion to vacate stay and /or motion to dismiss with conditions for the above mentioned debtors(s). This Order awards creditor attorney fees of $531.00 to be paid through the plan.

In order to compensate for the funds being added to the plan, and debtor currently in the arrears in the amount of $233.00 debtors plan should be modified to $1,465.00 total receipts applied to plan; then $438.00 for fifty-four (54) remaining months starting December 1, 2020, for a total plan length of sixty (60) months. In addition, a supplement fee to be filed in the amount of $440.00, pending Court approval.

**An amended Order to Employer to pay the Chapter 13 Standing Trustee shall be prepared and filed with the Court by the debtor(s)' attorney, if any, within thirty (30) date of this Stipulation.**

Enclosed for your convenience is a Stipulation Adjusting Trustee Payments with the terms listed above. If same meets with your approval, please execute and return the original to this Office so that it may be filed with the Court. If we fail to hear from you or fail to receive the executed Stipulation within twenty (20) days from the date of this letter, we may move to Dismiss this matter.

Should you have any further questions and/or concerns regarding this matter, please feel free to contact Annette Donaldson at adonaldson@standingtrustee.com.

Very truly yours,

**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**

/s/ Isabel C. Balboa  
ISABEL C. BALBOA  
Chapter 13 Standing Trustee

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002  

Payments Only:  

P.O. Box 1978  
Memphis, TN 38101-1978