| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>THOMAS J. ORR<br>321 HIGH STREET<br>BURLINGTON, NJ 08016<br>(609)386-8700<br>tom@torrlaw.com<br>ATTORNEY FOR WILTON'S CORNER<br>PROPRIETARY ASS'N | |
| In Re:<br><br>TAMIA CAVINESS,<br><br><br>DEBTOR. | Case No.:   20-16188<br><br>Chapter:    13<br><br>Judge:      JNP |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in the case on behalf of Wilton's Corner Proprietary Ass'n. Request is made that the documents filed in this case and identified below be served at the undersigned at this address:

ADDRESS: 321 High Street, Burlington, NJ 08016

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: December 15, 2020

                                                                /s/Thomas J. Orr
                                                                 Signature

NOA 20-00018-0 TJO