**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
tom@torrlaw.com
Attorney for Wilton's Corner Proprietary Ass'n

In Re:

Tamia Caviness,

Debtor.

Case No. 20-16188

Adv. No. n/a

Hearing Date: n/a

Judge: JNP

Order Filed on January 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# CONSENT ORDER TREATING LATE-FILED CLAIM AS TIMELY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 29, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Tamia Caviness
Case No. 20-16188 (JNP)
Caption of Order: Consent Order Treating Late-Filed Claim as Timely

This matter being opened to the Court by Thomas J. Orr, Esq., attorney for Wilton's Corner Proprietary Association ("Wilton's Corner") and it appearing that Wilton's Corner did not receive notice of the debtor's bankruptcy in time to file a timely proof of claim, the Court having considered the consent of the parties and for good cause shown,

It is ORDERED that the pre-petition claim filed by Wilton's Corner on December 22, 2020 for $2,171.68 (claim 6) shall be treated as a timely filed secured claim to be paid by the Chapter 13 Trustee through the debtor's plan; and

It is ORDERED that post-petition arrears through and including December 2020 of $1,324.74 shall be "folded into" the debtor's plan as a timely filed secured claim to be paid by the Chapter 13 Trustee through the debtor's plan.

We consent to this order:

/s/Thomas J. Orr, Esq.
Attorney for Wilton's Corner
Date Signed: ~~December ____, 2020~~ 1-26-21 TJO

/s/Kimberly A. Wilson, Esq.
Attorney for Debtor
Date Signed: ~~December ____, 2020~~ 1/26/2021