UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
tom@torrlaw.com
Attorney for Wilton's Corner Proprietary Ass'n

Order Filed on January 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 20-16188

In Re:

Adv. No. n/a

Tamia Caviness,

Hearing Date: n/a

Debtor.

Judge: JNP

## CONSENT ORDER TREATING LATE-FILED CLAIM AS TIMELY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 29, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Tamia Caviness
Case No. 20-16188 (JNP)
Caption of Order: Consent Order Treating Late-Filed Claim as Timely

This matter being opened to the Court by Thomas J. Orr, Esq., attorney for Wilton's Corner Proprietary Association ("Wilton's Corner") and it appearing that Wilton's Corner did not receive notice of the debtor's bankruptcy in time to file a timely proof of claim, the Court having considered the consent of the parties and for good cause shown,

It is ORDERED that the pre-petition claim filed by Wilton's Corner on December 22, 2020 for $2,171.68 (claim 6) shall be treated as a timely filed secured claim to be paid by the Chapter 13 Trustee through the debtor's plan; and

It is ORDERED that post-petition arrears through and including December 2020 of $1,324.74 shall be "folded into" the debtor's plan as a timely filed secured claim to be paid by the Chapter 13 Trustee through the debtor's plan.

We consent to this order:

/s/Thomas J. Orr, Esq.
Attorney for Wilton's Corner
Date Signed: ~~December ____, 2020~~ 1-26-21 TJO

/s/Kimberly A. Wilson, Esq.
Attorney for Debtor
Date Signed: ~~December ____, 2020~~ 1/26/2021

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-16188-JNP |
| Tamia L. Caviness | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tamia L. Caviness, 19 Norman Ford Drive, Sicklerville, NJ 08081-5647 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kimberly A. Wilson | on behalf of Debtor Tamia L. Caviness k_wilsonlaw@comcast.net  courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |
| Thomas J Orr | on behalf of Creditor Wilton's Corner Proprietary Association tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 29, 2021 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6