Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 20-16188 (JNP)**

Tamia L. Caviness  
19 Norman Ford Drive  
Sicklerville, NJ  08081

Monthly Payment: $440.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 06/10/2020 | $310.00 | 08/18/2020 | $165.00 | 08/28/2020 | $165.00 | 09/15/2020 | $165.00 |
| 09/29/2020 | $165.00 | 10/14/2020 | $165.00 | 10/27/2020 | $165.00 | 11/10/2020 | $165.00 |
| 11/30/2020 | $165.00 | 12/08/2020 | $165.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TAMIA L. CAVINESS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | KIMBERLY A. WILSON, ESQUIRE | 13 | $4,250.00 | $1,274.18 | $2,975.82 | $0.00 |
| 0 | KIMBERLY A. WILSON, ESQUIRE | 13 | $500.00 | $35.68 | $464.32 | $0.00 |
| 1 | AMERIHOME MORTGAGE COMPANY, LLC | 24 | $14,135.56 | $0.00 | $14,135.56 | $0.00 |
| 2 | CAPITAL ONE BANK USA NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP, LLC | 33 | $1,262.06 | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $350.31 | $0.00 | $0.00 | $0.00 |
| 5 | KML LAW GROUP PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | NAVY FEDERAL CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | PALLIES AUTO SALES INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SCOTT H. MARCUS & ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $669.28 | $0.00 | $0.00 | $0.00 |
| 11 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | KIMBERLY A. WILSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | AMERIHOME MORTGAGE COMPANY, LLC | 24 | $3,242.04 | $0.00 | $3,242.04 | $0.00 |
| 15 | AMERIHOME MORTGAGE COMPANY, LLC | 13 | $531.00 | $37.90 | $493.10 | $0.00 |
| 16 | WILTON'S CORNER PROPRIETARY ASSOCIATION | 24 | $2,171.68 | $0.00 | $2,171.68 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2020 | 5.00 | $0.00 |
| 11/01/2020 | Paid to Date | $1,465.00 |
| 12/01/2020 | 54.00 | $440.00 |
| 06/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,795.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $302.28 |
| Arrearages: | $110.00 |
| Attorney: | KIMBERLY A. WILSON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**