| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| WARREN S. JONES, JR., ESQ.<br>003781980<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mt. Holly New Jersey 08060<br>(609) 261-8400<br>(609) 261-5252 fax<br>email@warrensjones.com<br>Attorney for Creditor, Navy Federal Credit Union | Case No.: **20-16188**<br><br>Adv. No.: _____<br><br>Chapter: **13**<br><br>Hearing Date: **10/26/2021**<br><br>Judge: **Jerrold N. Poslusny, Jr.** |
| In Re:<br>Tamia L. Caviness | |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.   I, Warren S. Jones, Jr.,

    ☒ am the attorney for Creditor

    ☐ am self-represented

    Phone number: 609-261-8400

    Email address: email@warrensjones.com

2.   I request an adjournment of the following hearing:

    Matter: [45] Certification in Opposition to Motion for Relief from Stay

    Current hearing date and time: 10/26/2021 at 11:00

    New date requested: 11/16/2021

    Reason for adjournment request:  Debtor is attempting to cure the default and time is requested to allow that to happen.

2. I request an adjournment of confirmation:

   Current confirmation date and time:

   New date requested:

   Reason for adjournment request:

   Confirmation has been adjourned **N/A** previous times.

   Trustee payments are current through **N/A**.

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

3. Consent to adjournment:

   ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: **October 21, 2021**                    /s/ WARREN S JONES JR
                                              Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 11/16/2021 at 11am            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory
☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.** *rev.10/1/15* 2