Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 20-16188 (JNP)**

Tamia L. Caviness  
19 Norman Ford Drive  
Sicklerville, NJ  08081

Monthly Payment: $486.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2021 | $220.00 | 01/12/2021 | $220.00 | 01/25/2021 | $220.00 | 02/09/2021 | $665.00 |
| 02/17/2021 | $665.00 | 03/16/2021 | $243.00 | 03/16/2021 | $243.00 | 03/30/2021 | $243.00 |
| 04/09/2021 | $243.00 | 04/27/2021 | $243.00 | 05/11/2021 | $243.00 | 05/26/2021 | $243.00 |
| 06/08/2021 | $243.00 | 06/23/2021 | $243.00 | 07/07/2021 | $243.00 | 07/20/2021 | $243.00 |
| 08/03/2021 | $243.00 | 08/17/2021 | $243.00 | 08/31/2021 | $243.00 | 09/15/2021 | $243.00 |
| 09/28/2021 | $243.00 | 10/14/2021 | $243.00 | 10/26/2021 | $243.00 | 11/09/2021 | $243.00 |
| 11/23/2021 | $243.00 | 12/16/2021 | $243.00 | 12/21/2021 | $243.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TAMIA L. CAVINESS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | KIMBERLY A. WILSON, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $1,274.18 |
| 0 | KIMBERLY A. WILSON, ESQUIRE | 13 | $500.00 | $500.00 | $0.00 | $35.68 |
| 1 | AMERIHOME MORTGAGE COMPANY, LLC | 24 | $14,135.56 | $1,639.53 | $12,496.03 | $0.00 |
| 2 | CAPITAL ONE BANK USA NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP, LLC | 33 | $1,262.06 | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $350.31 | $0.00 | $0.00 | $0.00 |
| 5 | KML LAW GROUP PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | NAVY FEDERAL CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | PALLIES AUTO SALES INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SCOTT H. MARCUS & ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $669.28 | $0.00 | $0.00 | $0.00 |
| 11 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | KIMBERLY A. WILSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | AMERIHOME MORTGAGE COMPANY, LLC | 24 | $3,242.04 | $376.02 | $2,866.02 | $0.00 |
| 15 | AMERIHOME MORTGAGE COMPANY, LLC | 13 | $531.00 | $531.00 | $0.00 | $37.90 |
| 16 | WILTON'S CORNER PROPRIETARY ASSOCIATION | 24 | $2,171.68 | $251.90 | $1,919.78 | $0.00 |
| 17 | WILTON'S CORNER PROPRIETARY ASSOCIATION | 24 | $1,324.74 | $153.64 | $1,171.10 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Case 20-16188-JNP    Doc 50    Filed 02/11/22    Entered 02/11/22 22:00:51    Desc Main
Document    Page 2 of 2

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 06/01/2020 | 6.00 | $0.00 |
| 12/01/2020 | Paid to Date | $1,795.00 |
| 01/01/2021 | 53.00 | $486.00 |
| 06/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,336.00 |
| Total paid to creditors this period: | $1,347.76 |
| Undistributed Funds on Hand: | $667.77 |
| Arrearages: | ($1,504.00) |
| Attorney: | KIMBERLY A. WILSON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**