

04/25/2022


BANKRUPTCY CLERK'S OFFICE

401 MARKET STREET
CAMDEN, NJ, 08102

RE: **Withdrawal of Claim**
     TAMIA CAVINESS (Debtor(s))

     Bankruptcy Case No. 20-16188

Dear Court Clerk:

Please withdraw claim number 7 in the amount of $5,370.64 from the above-referenced bankruptcy case number. The claim was filed by Navy Federal Credit Union on 04/25/2022.

Thank you for your attention to this matter.


Sincerely,

/S/ *Nia Dillon*
Collections Department
Navy Federal Credit Union

**Federally insured by NCUA.**
© 2017 Navy Federal NFCU 40165-CO-BKCCCLWTHDPOC (5-17)                    PO Box 3000  Merrifield VA  22119-3000