Printed on: 12/31/2022
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-16188 (JNP)

Tamia L. Caviness
19 Norman Ford Drive
Sicklerville, NJ  08081

Monthly Payment: $486.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/05/2022 | $243.00 | 01/19/2022 | $243.00 | 02/08/2022 | $243.00 | 02/15/2022 | $243.00 |
| 03/04/2022 | $243.00 | 03/14/2022 | $243.00 | 03/25/2022 | $243.00 | 04/12/2022 | $243.00 |
| 04/25/2022 | $243.00 | 05/09/2022 | $243.00 | 05/20/2022 | $243.00 | 06/07/2022 | $243.00 |
| 06/21/2022 | $243.00 | 07/01/2022 | $243.00 | 07/15/2022 | $243.00 | 07/29/2022 | $243.00 |
| 08/15/2022 | $243.00 | 08/30/2022 | $243.00 | 09/13/2022 | $243.00 | 09/23/2022 | $243.00 |
| 10/11/2022 | $243.00 | 10/21/2022 | $243.00 | 11/08/2022 | $243.00 | 11/18/2022 | $243.00 |
| 12/05/2022 | $243.00 | 12/16/2022 | $243.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TAMIA L. CAVINESS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | KIMBERLY A. WILSON, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $2,975.82 |
| 0 | KIMBERLY A. WILSON, ESQUIRE | 13 | $500.00 | $500.00 | $0.00 | $464.32 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | AMERIHOME MORTGAGE COMPANY, LLC | 24 | $14,135.56 | $5,708.05 | $8,427.51 | $1,639.53 |
| 2 | CAPITAL ONE BANK USA NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP, LLC | 33 | $1,262.06 | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $350.31 | $0.00 | $0.00 | $0.00 |
| 5 | KML LAW GROUP PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | NAVY FEDERAL CREDIT UNION | 33 | $5,370.64 | $0.00 | $0.00 | $0.00 |
| 8 | PALLIES AUTO SALES INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SCOTT H. MARCUS & ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $669.28 | $0.00 | $0.00 | $0.00 |
| 11 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | KIMBERLY A. WILSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | AMERIHOME MORTGAGE COMPANY, LLC | 24 | $3,242.04 | $1,309.15 | $1,932.89 | $376.02 |
| 15 | AMERIHOME MORTGAGE COMPANY, LLC | 13 | $531.00 | $531.00 | $0.00 | $493.10 |
| 16 | WILTON'S CORNER PROPRIETARY ASSOCIATION | 24 | $2,171.68 | $876.95 | $1,294.73 | $251.90 |
| 17 | WILTON'S CORNER PROPRIETARY ASSOCIATION | 24 | $1,324.74 | $534.92 | $789.82 | $153.64 |
| 18 | NAVY FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 06/01/2020 | 6.00 | $0.00 |
| 12/01/2020 | Paid to Date | $1,795.00 |
| 01/01/2021 | 53.00 | $486.00 |
| 06/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,318.00 |
| Total paid to creditors this period: | $6,354.33 |
| Undistributed Funds on Hand: | $444.20 |
| Arrearages: | ($1,990.00) |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**