UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
tom@torrlaw.com
Attorney for Wilton's Corner

Order Filed on February 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 20-16188 |
| Tamia Caviness | Judge: JNP |
| | Hearing Date(s): 2/14/2023 |
| | Chapter: 13 |

Recommended Local Form    ☒ Followed    ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

**DATED: February 14, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Wilton's Corner Proprietary Association |
| Applicant's Counsel: | Thomas J. Orr |
| Debtor's Counsel: | Joseph J. Rogers |
| Property Involved ("Collateral"): | 19 Norman's Ford Drive, Sicklerville, NJ 08081 |

Relief sought:   ☒  Motion for relief from the automatic stay

☐  Motion to dismiss

☐  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒  The Debtor is overdue for __25__ months, from ____1/2021____ to ____1/2023____.

   ☒  The Debtor is overdue for __25__ payments at $__95.00__ per month.

   ☒  The Debtor is assessed for __25__ late charges at $__9.50__ per month.

   ☐  Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

   Total Arrearages Due  $____2,612.50____.

2. Debtor must cure all post-petition arrearages, as follows:

   ☒  Immediate payment shall be made in the amount of $__2,612.50__. Payment shall be made no later than ____3/31/2023____.

   ☒  Beginning on ____2/1/2023____, regular monthly association payments shall continue to be made in the amount of $__95.00__.

   ☐  Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

2

☐    The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $ _____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☒    Immediate payment:    Associa Mid-Atlantic

PO Box 60002

Newark, NJ 07101-8052

☒    Regular monthly payment:    Associa Mid-Atlantic

PO Box 60002

Newark, NJ 07101-8052

☐    Monthly cure payment:    _____

_____

_____

4. In the event of Default:

☒    If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒    If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

3

5.  Award of Attorneys' Fees:

   ☒ The Applicant is awarded attorneys fees of $___500.00___, and costs of $___188.00___.

   The fees and costs are payable:

   ☒ through the Chapter 13 plan.

   ☐ to the Secured Creditor within _____ days.

   ☐ Attorneys' fees are not awarded.

*rev.1/12/22*

4

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-16188-JNP |
| Tamia L. Caviness | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 14, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamia L. Caviness, 19 Norman Ford Drive, Sicklerville, NJ 08081-5647 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Tamia L. Caviness jjresq@comcast.net jjrogers0507@gmail.com |
| Thomas J Orr | on behalf of Creditor Wilton's Corner Proprietary Association tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2023 | Form ID: pdf903 | Total Noticed: 1 |

USTPRegion03.NE.ECF@usdoj.gov

Warren S. Jones, Jr.
   on behalf of Creditor NAVY FEDERAL CREDIT UNION email@warrensjones.com
   r46134@notify.bestcase.com;robert@warrensjones.com

TOTAL: 7