Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                     Case No.: 20–16188–JNP
                     Chapter: 13
                     Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamia L. Caviness
   19 Norman Ford Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–2450

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               June 20, 2023
Time:              11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*64* – Certification in Opposition to (related document:63 Creditor's Certification of Default (related document:57 Order on Motion For Relief From Stay) filed by Thomas J Orr on behalf of Wilton's Corner Proprietary Association. Objection deadline is 05/30/2023. (Attachments: # 1 Exhibit Post–Petition Payment History # 2 Certificate of Service # 3 Proposed Order) filed by Creditor Wilton's Corner Proprietary Association) filed by Barbara J. Snavely on behalf of Tamia L. Caviness. (Snavely, Barbara)

and transact such other business as may properly come before the meeting.


Dated: May 25, 2023
JAN:

                                                                           Jeanne Naughton
                                                                          Clerk