Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−16188−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tamia L. Caviness
  19 Norman Ford Drive
  Sicklerville, NJ 08081

Social Security No.:
  xxx−xx−2450

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           June 20, 2023
Time:           11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*64* − Certification in Opposition to (related document:63 Creditor's Certification of Default (related document:57 Order on Motion For Relief From Stay) filed by Thomas J Orr on behalf of Wilton's Corner Proprietary Association. Objection deadline is 05/30/2023. (Attachments: # 1 Exhibit Post−Petition Payment History # 2 Certificate of Service # 3 Proposed Order) filed by Creditor Wilton's Corner Proprietary Association) filed by Barbara J. Snavely on behalf of Tamia L. Caviness. (Snavely, Barbara)

and transact such other business as may properly come before the meeting.

Dated: May 25, 2023
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 20-16188-JNP
Tamia L. Caviness Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2
Date Rcvd: May 25, 2023          Form ID: 173          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamia L. Caviness, 19 Norman Ford Drive, Sicklerville, NJ 08081-5647 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barbara J. Snavely | on behalf of Debtor Tamia L. Caviness jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Thomas J Orr | on behalf of Creditor Wilton's Corner Proprietary Association tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: 173 | Total Noticed: 1 |

Warren S. Jones, Jr.  on behalf of Creditor NAVY FEDERAL CREDIT UNION email@warrensjones.com r46134@notify.bestcase.com;robert@warrensjones.com

TOTAL: 7