Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-16188 (JNP)

Tamia L. Caviness  
19 Norman Ford Drive  
Sicklerville, NJ  08081

Monthly Payment: $522.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2024 | $243.00 | 01/17/2024 | $243.00 | 02/12/2024 | $522.00 | 02/28/2024 | $243.00 |
| 03/12/2024 | $243.00 | 03/25/2024 | $243.00 | 04/10/2024 | $243.00 | 04/24/2024 | $243.00 |
| 05/07/2024 | $243.00 | 05/24/2024 | $243.00 | 06/04/2024 | $243.00 | 06/27/2024 | $243.00 |
| 07/02/2024 | $243.00 | 07/16/2024 | $243.00 | 07/30/2024 | $243.00 | 08/12/2024 | $243.00 |
| 09/04/2024 | $243.00 | 09/10/2024 | $243.00 | 09/24/2024 | $243.00 | 10/09/2024 | $243.00 |
| 10/22/2024 | $243.00 | 11/04/2024 | $243.00 | 11/19/2024 | $243.00 | 12/03/2024 | $243.00 |
| 12/18/2024 | $243.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TAMIA L. CAVINESS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | KIMBERLY A. WILSON, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $0.00 |
| 0 | KIMBERLY A. WILSON, ESQUIRE | 13 | $500.00 | $500.00 | $0.00 | $0.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 1 | CENLAR, FSB | 24 | $14,135.56 | $12,448.64 | $1,686.92 | $2,863.31 |
| 2 | CAPITAL ONE BANK USA NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP, LLC | 33 | $1,262.06 | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $350.31 | $0.00 | $0.00 | $0.00 |
| 5 | KML LAW GROUP PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $5,370.64 | $0.00 | $0.00 | $0.00 |
| 8 | PALLIES AUTO SALES INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SCOTT H. MARCUS & ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $669.28 | $0.00 | $0.00 | $0.00 |
| 11 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | KIMBERLY A. WILSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CENLAR, FSB | 24 | $3,242.04 | $2,855.14 | $386.90 | $656.74 |
| 15 | CENLAR, FSB | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 16 | WILTON'S CORNER PROPRIETARY ASSOCIATION | 24 | $2,171.68 | $1,912.52 | $259.16 | $439.91 |
| 17 | WILTON'S CORNER PROPRIETARY ASSOCIATION | 24 | $1,324.74 | $1,166.63 | $158.11 | $240.46 |
| 18 | NAVY FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 19 | WILTON'S CORNER PROPRIETARY ASSOCIATION | 13 | $688.00 | $688.00 | $0.00 | $688.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2020 | 6.00 | $0.00 |
| 12/01/2020 | Paid to Date | $1,795.00 |
| 01/01/2021 | 26.00 | $486.00 |
| 03/01/2023 | 5.00 | $502.00 |
| 08/01/2023 | 22.00 | $522.00 |
| 06/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,354.00 |
| Total paid to creditors this period: | $5,688.42 |
| Undistributed Funds on Hand: | $437.40 |
| Arrearages: | ($2,063.00) |
| Attorney: | BARBARA J. SNAVELY, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**